IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OTIS THOMAS,

        Plaintiff,

  v.

M.S. EVANS, Warden, et al.,

        Defendants.
                                /

No. CV-06-3581 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendants motion for summary judgment are hereby GRANTED and judgment shall be entered in favor of each of the defendants.

    2. Plaintiff's motions for judicial notice are hereby DENIED.

Dated: February 24, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk