IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OTIS THOMAS, | ) | No. C 06-3581 MMC (PR) |
| | ) | |
| Plaintiff, | ) ) | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME; DENYING MOTION FOR TRIAL SCHEDULING ORDER** |
| v. | ) ) | |
| M.S. EVANS, Warden, et al., | ) | (Docket Nos. 88, 90) |
| Defendants. | ) ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, defendants' motion for an extension of time to file a motion for summary judgment is hereby GRANTED. Defendants shall file their motion for summary judgment no later than May 25, 2011. Plaintiff shall file his opposition or a statement of non-opposition to defendants' motion no later than June 27, 2011. Defendants shall file a reply to plaintiff's opposition no later than July 12, 2011.

Plaintiff has filed a renewed request to set the case for trial. The request is DENIED for the same reasons stated by the Court by order dated April 1, 2011. (Docket No. 86.)

This order terminates Docket Nos. 88 and 90.

IT IS SO ORDERED.

DATED: May 6, 2011

_____
MAXINE M. CHESNEY
United States District Judge