IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OTIS THOMAS, | ) | No. C 06-3581 MMC (PR) |
| | ) | |
| Plaintiff, | ) ) | **ORDER APPOINTING PRO BONO COUNSEL; DIRECTIONS TO CLERK** |
| v. | ) ) | |
| M.S. EVANS, Warden, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

IT IS HEREBY ORDERED THAT:

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
(415) 875-5712

Michael Klepich
Jones Day
1755 Embarcadero Rd.
Palo Alto, CA 94303
(650) 687-4160

are appointed as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

All further proceedings are STAYED for four weeks from the date of this order. A trial date has not yet been set in this action.

The Clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this Order upon plaintiff and upon counsel for both parties.

IT IS SO ORDERED.

DATED: January 30, 2012

_____
MAXINE M. CHESNEY
United States District Judge