UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MICHAEL THOMAS, | No. C 06-3581 MMC (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS AD TESTIFICANDUM |
| v. | |
| PONDER, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of OTIS MICHAEL THOMAS, inmate no. D-57701, presently in custody in Centinela State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 11, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: DOMINGO URIBE, JR., WARDEN, CALIFORNIA STATE PRISON, CENTINELA

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of OTIS MICHAEL THOMAS, inmate no. D-57701, in your custody in the hereinabove-mentioned institution, on June 20, 2012, at 9:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Thomas v. Ponder, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said

1  prisoner at all times necessary until the termination of the proceedings for which his testimony is
2  required in this Court;
3      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
4  for the Northern District of California.

6  Dated: May 11, 2012

7                                RICHARD WIEKING
                                  CLERK, UNITED STATES DISTRICT COURT
8
                                  By: Linn Van Meter
9                                     Administrative Law Clerk

12  Dated: May 11, 2012



**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS THOMAS, | No. C 06-3581 MMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| PONDER, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on May 11, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Otis Michael Thomas
Centinela State Prison
D-57701 C-4-132 low
P.O. Box 921
Imperial, CA 92251

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas