**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    OTIS THOMAS                              No. C-06-3581 MMC (NJV)
9              Plaintiff(s),                  **ORDER REQUIRING PARTIES TO
                                              MEET AND CONFER IN ADVANCE OF
10        v.                                  SETTLEMENT CONFERENCE**
11   M. S. EVANS
12             Defendant(s).
                                        /
13
14        The parties will participate in a settlement conference with the undersigned on June 12,
15   2012.  Prior to attending that settlement conference, plaintiff, plaintiff's counsel, CDCR
16   representatives, and counsel for defendants are ordered to meet and confer either telephonically or in
17   person, to discuss settlement terms.  Counsel for defendants shall coordinate the logistics for the
18   meet and confer discussion.
19
20        **IT IS SO ORDERED**.
21
22   Dated:  May 30, 2012
23                                             Nandor J. Vadas
                                               United States Magistrate Judge
24
25
26
27
28