United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OTIS THOMAS                      No. C-06-3581 MMC (NJV)

       Plaintiff(s),             **ORDER REQUIRING PARTIES TO MEET AND CONFER IN ADVANCE OF SETTLEMENT CONFERENCE**

   v.

M. S. EVANS

       Defendant(s).
_____/

     The parties will participate in a settlement conference with the undersigned on June 12, 2012. Prior to attending that settlement conference, plaintiff, plaintiff's counsel, CDCR representatives, and counsel for defendants are ordered to meet and confer either telephonically or in person, to discuss settlement terms. Counsel for defendants shall coordinate the logistics for the meet and confer discussion.

     **IT IS SO ORDERED**.

Dated: May 30, 2012

                                                   Nandor J. Vadas
                                                   United States Magistrate Judge