UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS THOMAS, | No. C 06-3581 MMC (NJV) |
| Plaintiff, | ORDER RETURNING DOCUMENT TO PLAINTIFF |
| v. | |
| M. S. EVANS, Warden, et al., | |
| Defendants. | |

The Court has received from Plaintiff a pro se motion for a telephonic settlement conference. Plaintiff is represented by Counsel in this matter and is therefore precluded from filing anything pro se. Accordingly, the clerk shall return Plaintiff's documents to him without filing them.

IT IS SO ORDERED.

Dated: June 5, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge