IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OTIS MICHAEL THOMAS,

    Plaintiff,

v.

CAPTAIN G. PONDER, et al.,

    Defendants.

No. C 06-3581 MMC

**ORDER STRIKING FILING OF SEPTEMBER 7, 2012**

    The court is in receipt of a motion, filed September 7, 2012 by plaintiff himself, by which filing plaintiff seeks to enforce the settlement agreement reached by plaintiff and defendants. Because plaintiff is represented by counsel of record, the motion is hereby STRICKEN.

    **IT IS SO ORDERED.**

Dated: September 27, 2012

MAXINE M. CHESNEY
United States District Judge