KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
NEAH HUYNH
Deputy Attorney General
State Bar No. 235377
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5720
  Fax: (415) 703-5843
  E-mail: Neah.Huynh@doj.ca.gov
*Attorneys for Defendants Evans, Kircher, and Ponder*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OTIS M. THOMAS,<br><br>                 Plaintiff,<br><br>v.<br><br>M. S. EVANS, Warden, et al.,<br><br>               Defendants. | C 06-3581 MMC<br><br>NOTIFICATION OF SATISFACTION OF SETTLEMENT; AND<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Judge: The Honorable Maxine M. Chesney<br>Action Filed: July 5, 2006 |

    In June 2012, the parties reached a settlement in this case. Shortly thereafter, this Court dismissed the action without prejudice. Because the terms of the settlement have been fulfilled to the parties' satisfaction, the parties stipulate to dismiss this action *with prejudice*. The parties request that the Court enter this order.

Dated: November 14, 2012    By: _____
                                               M. Anderson Berry
                                               JONES DAY
                                               *Counsel for Plaintiff Otis M. Thomas*

Dated: November 14, 2012    By: _____
                                               Neah Huynh, Deputy Attorney General
                                               *Counsel for Defendants Evans, Kircher, and Ponder*

1  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2  Per the parties' stipulation, this action is dismissed with prejudice.  It is so ordered.

5  Dated:  November 20, 2012

   Honorable Maxine M. Chesney
6  United States District Judge

17  SF2007200018;20650653.doc